UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

    Plaintiff,

vs.                                        Case No.: 1:22-CV-01566-NGG-MMH

BOND STREET LESSEE LLC,
a New York Limited Liability Company,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF:

Lawrence A. Fuller, Esq. (LF 5450)
LFuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505

Date: November 17, 2022

ATTORNEYS FOR DEFENDANT:

Joseph J. DiPalma, Esq. (JD 6784)
joseph.dipalma@jacksonlewis.com
Jackson Lewis P.C.
44 S. Broadway, 14th Floor
White Plaints, NY 10601
Telephone: (914) 872-6920
Facsimile: (914) 946-2492

Date: November 14, 2022

**SO ORDERED:**

_____
THE HONORABLE HECTOR GONZALEZ,
UNITED STATES DISTRICT JUDGE